B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Western District of Tennessee

In re  Marcus Antonious Lewis                    ,          Case No.  20-24255

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CWS Investments Inc.                               PLS Specialty Investments, LLC
_____                               _____
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): ____1-1____
should be sent:                                    Amount of Claim:     $34,254.69
  c/o BIFI Loan Servicing, LLC                     Date Claim Filed:     09/04/2020
  490 Schooleys Mount Rd, Ste 7
  Hackettstown, NJ 07840
Phone:  888.217.7652                               Phone: _____
Last Four Digits of Acct #:       0274             Last Four Digits of Acct. #:     4899

Name and Address where transferee payments
should be sent (if different from above):




Phone: _____
Last Four Digits of Acct #:_____




I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                         Date:  12/09/2022
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.